IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SUE ANN MOORE HAGAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-757-O |
| FEDERAL INSURANCE COMPANY, | § § § | |
| Defendant. | § § § | |

## ORDER

According to the Alternative Dispute Resolution Summary (ECF No. 20), filed September 26, 2016, the parties have settled. The parties are therefore directed to file the appropriate dismissal papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or an agreed motion with corresponding proposed order—with the Clerk's Office no later than **October 26, 2016.** If the parties do not file the appropriate dismissal papers by October 26, 2016, and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court. All deadlines as to these parties are stayed until further ordered by the Court.

**SO ORDERED** on this **28th day** of **September, 2016.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE