IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SUE ANN MOORE HAGAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:15-cv-00757-O |
| FEDERAL INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(1)(A)(ii) Sue Ann Moore Hagan ("Plaintiff"), and Defendant Federal Insurance Company ("FIC") hereby submit this Joint Stipulation of Dismissal and would respectfully show this Court as follows:

1. The parties reached a settlement regarding all claims asserted by Plaintiff in the above-captioned lawsuit. Pursuant to the terms of that settlement, Plaintiff agreed to seek the dismissal of all claims asserted by Plaintiff or which could have been asserted by Plaintiff against Defendant in this suit with prejudice. The parties hereby stipulate to the dismissal of such claims with prejudice.

2. The parties have further agreed that all costs, expenses and attorney's fees are to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Sue Ann Moore Hagan, and Defendant Federal Insurance Company respectfully present this Stipulation and request the Court dismiss this civil action with prejudice, with all costs, expenses and attorney's fees borne by the party incurring same, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Patrick Woodson*
PATRICK WOODSON
Texas Bar No. 0076364

**WOODSON LAW FIRM, P.L.L.P.**
4916 Camp Bowie
Fort Worth, Texas 76107
(817) 338-0303 (Telephone)
(817) 698-9401 (Facsimile)
pwoodson@woodsonlawfirm.com

**ATTORNEYS FOR PLAINTIFF
PATRICIA W. ROBBINS**


*/s/ James H. Moody, III*
JAMES H. MOODY, III
Texas Bar No. 14307400

**QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telecopy)
hmoody@qslwm.com

**ATTORNEY FOR FEDERAL INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this instrument was served on counsel of record named below by ECF on this 24th day of October, 2016, in accordance with the Federal Rules of Civil Procedure.

Patrick Woodson
Woodson Law Firm, PLLC
4916 Camp Bowie
Fort Worth, Texas 76107
pwoodson@woodsonlawfirm.com

Matthew W. Bobo
Law Office of Matthew Bobo, PLLC
4916 Camp Bowie Blvd.
Fort Worth, Texas 76107
mbobo@mwblawyer.com

/s/ James H. Moody, III
**JAMES H. MOODY, III**